1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

8

SOUTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.: 22-cv-219-WQH-BGS |
| Plaintiff, | **ORDER** |
| v. | |
| GLOBAL WHOLEHEALTH PARTNERS CORP., CHARLES STRONGO, BRIAN M. VOLMER, JOSHUA YAFA, JAMIE M. YAFA and EMPIRE ASSOCIATES INC., | |
| Defendants. | |

HAYES, Judge:

IT IS HEREBY ORDERED that any response to the motions to stay this case while the related criminal case (21cr1310-WQH) is pending shall be filed on or before May 2, 2022. (*See* ECF Nos. 33, 34). If a response is filed, the movants may file a reply on or before May 9, 2022.

Dated:  April 18, 2022

Hon. William Q. Hayes
United States District Court