UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                              Plaintiff,<br><br>v.<br><br>GLOBAL WHOLEHEALTH PARTNERS CORP., CHARLES STRONGO, BRIAN M. VOLMER, JOSHUA YAFA, JAMIE M. YAFA and EMPIRE ASSOCIATES INC.,<br><br>                              Defendants. | Case No.:  22-cv-219-WQH-BGS<br><br>**ORDER** |

HAYES, Judge:

IT IS HEREBY ORDERED that the Joint Motion to Continue Date for Defendants Joshua Yafa, Jamie M. Yafa, and Empire Associates Inc. to Respond to Complaint (ECF No. 36) is granted. Defendants Joshua Yafa, Jamie M. Yafa, and Empire Associates Inc. shall respond to the Complaint on or before May 23, 2022.

Dated:  April 27, 2022

Hon. William Q. Hayes
United States District Court