Charles E. Canter, SBN 263197
Email: canterc@sec.gov
Roberto A. Tercero, SBN 143760
Email: terceror@sec.gov
Patricia Pei, SBN 274957
Email: peip@sec.gov
Brent W. Wilner, Associate Director
Douglas M. Miller, Supervisory Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

Attorneys for Plaintiff,
SECURITIES AND EXCHANGE COMMISSION

Earll M. Pott, SBN 156516
Harold C. Trimmer, SBN 246825
ROSING POTT & STROHBEHN,
in partnership with Zelms Erlich & Lenkov
501 West Broadway, Suite A380
San Diego, California 92101
Tel: 619-235-6000
epotte@rosinglaw.com
htrimmer@rosinglaw.com

Attorneys for Defendants GLOBAL
WHOLEHEALTH PARTNERS CORP. and
CHARLES STRONGO

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>             Plaintiff,<br><br>v.<br><br>GLOBAL WHOLEHEALTH PARTNERS CORP., CHARLES STRONGO, BRIAN M. VOLMER, JOSHUA YAFA, JAMIE M. YAFA, and EMPIRE ASSOCIATES INC.,<br><br>             Defendants. | Case No. 3:22-cv-00219-WQH-BGS<br><br>**JOINT NOTICE OF MOTION AND MOTION TO EXTEND DEADLINE FOR FILING RESPONSIVE PLEADING PER LOCAL RULE 7.2**<br><br>District Judge:    Hon. Willilam Q. Hayes<br>Magistrate Judge:  Hon. Steve B. Chu<br><br>Action Filed:     February 17, 2022 |

ROSING POTT & STROHBEHN
IN PARTNERSHIP WITH ZELMS ERLICH & LENKOV
501 WEST BROADWAY, SUITE A380
SAN DIEGO, CALIFORNIA 92101

TO: ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff SECURITIES AND EXCHANGE COMMISSION and Defendants GLOBAL WHOLEHEALTH PARTNERS CORP. and CHARLES STRONGO, hereby move for an extension of time for defendants to file responsive pleadings to the operative complaint from August 11, 2025 to September 11, 2025.

This motion is based on this notice of motion and motion, the accompanying declaration of Earll M. Pott, and such other and further evidence and argument as may properly come before the Court should the Court require a hearing on this motion.

ROSING POTT & STROHBEHN,
in partnership with Zelms Erlich & Lenkov

Dated:  August 11, 2025          By:    /s/    *Earll M. Pott*
Earll M. Pott
Harold C. Trimmer
Attorneys for Defendants, GLOBAL
WHOLEHEALTH PARTNERS CORP.
and CHARLES STRONGO

Dated:  August 11, 2025          By:    /s/    *Charles E. Canter*
Charles E. Canter
Roberto A. Tercero
Patricia Pei
Attorneys for Plaintiff
SECURITIES AND EXCHANGE
COMMISSION

ROSING POTT & STROHBEHN
IN PARTNERSHIP WITH ZELMS ERLICH & LENKOV
501 WEST BROADWAY, SUITE A380
SAN DIEGO, CALIFORNIA 92101

## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2025, I filed a true and correct copy of JOINT NOTICE OF MOTION AND MOTION TO CONTINUE via CM/ECF, which will generate notice by electronic mail to all counsel who have appeared via CM/ECF.

 /s/ *Earll M. Pott*
Earll M. Pott

ROSING POTT & STROHBEHN
IN PARTNERSHIP WITH ZELMS ERLICH & LENKOV
501 WEST BROADWAY, SUITE A380
SAN DIEGO, CALIFORNIA 92101