Charles E. Canter, SBN 263197
Email: canterc@sec.gov
Roberto A. Tercero, SBN 143760
Email: terceror@sec.gov
Patricia Pei, SBN 274957
Email: peip@sec.gov
Brent W. Wilner, Associate Director
Douglas M. Miller, Supervisory Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

Attorneys for Plaintiff,
SECURITIES AND EXCHANGE COMMISSION


Earll M. Pott, SBN 156516
Harold C. Trimmer, SBN 246825
ROSING POTT & STROHBEHN,
in partnership with Zelms Erlich & Lenkov
501 West Broadway, Suite A380
San Diego, California 92101
Tel: 619-235-6000
epott@rosinglaw.com
htrimmer@rosinglaw.com

Attorneys for Defendants GLOBAL WHOLEHEALTH PARTNERS CORP. and CHARLES STRONGO

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>GLOBAL WHOLEHEALTH PARTNERS CORP., CHARLES STRONGO, BRIAN M. VOLMER, JOSHUA YAFA, JAMIE M. YAFA, and EMPIRE ASSOCIATES INC.,<br><br>    Defendants. | Case No. 3:22-cv-00219-WQH-BGS<br><br>**DECLARATION OF EARLL M. POTT IN SUPPORT OF JOINT MOTION**<br><br>District Judge:   Hon. Willilam Q. Hayes<br>Magistrate Judge: Hon. Steve B. Chu<br><br>Action Filed:   February 17, 2022 |

I, Earll M. Pott, declare:

1. I am a lawyer admitted to practice in this Court. I am counsel of record to defendants Global Wholehealth Partners Corp. ("GWHP") and Charles Strongo. Everything in this declaration is true and correct of my own personal knowledge, and if called on to testify in Court, I could and would testify competently thereto.

2. When originally retained, my partner, Harold Trimmer, and I were attorneys at Klinedinst PC. Since the new year, we have been with Rosing, Pott & Strohbehn, a firm I founded in partnership with Heather Rosing, Samuel Strohbehn, and the law firm of Zelms Erlich Lemkov.

3. This matter had been stayed since June 13, 2022 [Doc. 41] Since shortly before the Court issued its order lifting the stay on July 11, 2025 [Doc. 51], I have been in contact with the new President and CEO of GWHP, Rene Alvarez and Edgar Gonzalez respectively, as well as counsel for the SEC, Charles Canter, in an effort to negotiate a resolution of this matter.

4. GWHP is no longer a publicly traded company as the SEC revoked the registration of its securities on October 7, 2024. *See* Global Wholehealth Partners Corp., Exchange Act Release No. 101259, Admin. Proc. File No. 3-21873 (Oct. 7, 2024). Though the company maintains a website, I am advised that it has had no appreciable revenue since Defendant Charles Strongo was charged criminally in this Court in *United States v. Volmer, et. al.*, Case No. 21cr1310-WQH. Nevertheless, the company has actively sought out product sales opportunities in an effort to recoup the losses of its investors, including the President and CEO. With the company's authorization, I have shared this information with the SEC.

5. To facilitate continued negotiations and to give the company additional time to find funding for legal representation and settlement, Mr. Canter has advised me that the SEC has agreed to jointly move for this brief extension of time to respond to the extant Complaint.

6. Unfortunately, over the past four weeks, I have been unable to get in contact with Mr. Strongo. I have not spoken to him since 2022. The extension of the deadline to respond to the complaint will give me additional time to try to reach him.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 11, 2025 at San Diego, California.

/s/ *Earll M. Pott*
Earll M. Pott

ROSING POTT & STROHBEHN
IN PARTNERSHP WITH ZELMS ERLICH & LENKOV
501 WEST BROADWAY, SUITE A380
SAN DIEGO, CALIFORNIA 92101

3    Case No. 3:22-cv-00219-WQH-BGS
DECLARATION OF EARLL M. POTT IN SUPPORT OF JOINT MOTION

# CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2025, I filed a true and correct copy of DECLARATION OF EARLL M. POTT IN SUPPORT OF JOINT MOTION via CM/ECF, which will generate notice by electronic mail to all counsel who have appeared via CM/ECF.

  /s/*Earll M. Pott*
Earl M. Pott