# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL WHOLEHEALTH PARTNERS CORP., CHARLES STRONGO, BRIAN M. VOLMER, JOSHUA YAFA, JAMIE YAFA, and EMPIRE ASSOCIATES INC.,<br><br>Defendants. | Case No.: 22-cv-219-WQH-SBC<br><br>**ORDER** |

HAYES, Judge:

On July 10, 2025, the Court issued an Order lifting the stay in this action and directing the Defendants to each file an answer or otherwise respond to Plaintiff Securities and Exchange Commission's ("SEC") Complaint within thirty (30) days of the entry of the Order. (ECF No. 51 at 3.)

On August 11, 2025, the SEC and Defendants Global Wholehealth Partners Corp. ("Global Wholehealth") and Charles Strongo ("Strongo") filed a Joint Motion to Extend Deadline for Filing Responsive Pleading Per Local Rule 7.2 (the "Joint Motion"). (ECF No. 52.) The Joint Motion requests that the Court extend Global Wholehealth's and Strongo's deadlines to respond to the Complaint to September 11, 2025.

/ / /

/ / /

1  IT IS HEREBY ORDERED that the Joint Motion (ECF No. 52) is granted. Defendants Global Wholehealth and Strongo shall file a response to the Complaint on or before September 11, 2025. The deadline for all other Defendants to respond to the Complaint remains as stated in the Court's prior Order. (*See* ECF No. 51 at 3.)

Dated: August 18, 2025

*[signature]*
Hon. William Q. Hayes
United States District Court